Stephen McKae, Bar No. 66797
Alexandra L. Foote, Bar No. 225695
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: smckae@wendel.com

Attorneys for Defendant,
Clover Stornetta Farms, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL TRUCK DRIVERS, WAREHOUSEMEN & HELPERS UNION LOCAL NO. 624, INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>Plaintiff,<br><br>vs.<br><br>CLOVER STORNETTA FARMS, INC.,<br><br>Defendant. | Case No. C08-02463 MEJ<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: June 10, 2008                             WENDEL, ROSEN, BLACK & DEAN LLP


                                                 By: */s/ Alexandra L. Foote*
                                                     Alexandra L. Foote
                                                     Attorneys for Defendant
                                                     Clover Stornetta Farms, Inc.

*DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNME - Case No. C08-02463 MEJ*

011063.0001\852790.1