Stephen McKae, Bar No. 66797
Alexandra L. Foote, Bar No. 225695
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: smckae@wendel.com

Attorneys for Defendant
CLOVER STORNETTA FARMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL TRUCK DRIVERS, WAREHOUSEMEN & HELPERS UNION LOCAL NO. 624, INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>Plaintiff,<br><br>vs.<br><br>CLOVER STORNETTA FARMS, INC.,<br><br>Defendant. | Case No. C08-02463 MEJ<br><br>**NOTICE OF APPEARANCE OF COUNSEL AND WENDEL, ROSEN, BLACK & DEAN, LLP FOR DEFENDANT CLOVER STORNETTA FARMS, INC.** |

Pursuant to the Court's General Order 45, Section IV.C.A.,

NOTICE IS HEREBY GIVEN that Defendant Clover Stornetta Farms, Inc. counsel of record Alexandra L. Foote of Wendel, Rosen, Black & Dean LLP ("Wendel Rosen") is joined by additional counsel, Stephen McKae of Wendel Rosen.

NOTICE IS FURTHER GIVEN that all notices, briefs, orders and other communication shall be served on Wendel Rosen as follows:

| | |
|---|---|
| Stephen McKae<br>Wendel, Rosen, Black & Dean LLP<br>1111 Broadway, 24th Floor<br>Oakland, CA 94607-4036 | Telephone: (510) 834-6600<br>Facsimile: (510) 834-1928<br>Email: smckae@wendel.com |

| | | |
|---|---|---|
| Alexandra L. Foote | Telephone: | (510) 834-6600 |
| Wendel, Rosen, Black & Dean LLP | Facsimile: | (510) 834-1928 |
| 1111 Broadway, 24th Floor | Email: | afoote@wendel.com |
| Oakland, CA  94607-4036 | | |

| | | |
|---|---|---|
| Wendel, Rosen Black & Dean LLP | Telephone: | (510) 834-6600 |
| 1111 Broadway, 24th Floor | Facsimile: | (510) 834-1928 |
| Oakland, CA  94607-4036 | Email: | calendar@wendel.com |
| Attention: Calendar Department | | jmcgreevy@wendel.com |
| | | lalvarado@wendel.com |

Dated: June12, 2008                     WENDEL, ROSEN, BLACK & DEAN LLP

By: */s/ Stephen McKae*
    Stephen McKae
    Attorneys for Defendant
    CLOVER STORNETTA FARMS, INC.