1  SHEILA K. SEXTON, SBN 197608
   BEESON, TAYER & BODINE, APC
2  1404 Franklin Street, 5th Floor
   Oakland, CA  94612-3208
3  Telephone:    (510) 625-9700
   Facsimile:    (510) 625-8275
4  Email:        ssexton@beesontayer.com»

5

   Attorneys for Plaintiff
6  Teamsters Local 624

7

8               **UNITED STATES DISTRICT COURT**

9          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10
   TEAMSTERS LOCAL 624,                    Case No. C08-02463 MEJ
11
                          Plaintiff,
12                                          PROOF OF SERVICE OF SUMMONS,
              v.                            COMPLAINT AND COURT DOCUMENTS
13
   CLOVER STORNETTA FARMS, INC.,
14
                          Defendant.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                                        1

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

E-filing

| | |
|---|---|
| TEAMSTERS LOCAL 624 | ) |
| Plaintiff | ) |
| v. | ) |
| CLOVER STORNETTA FARMS, INC. | ) |
| Defendant | ) |

Civil Action No. C08-02463 MEJ

### Summons in a Civil Action

To: CLOVER STORNETTA FARMS, INC.

   (Defendant's name)

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Sheila K. Sexton, SBN 197608         Phone no.: (510) 625-9700
BEESON, TAYER & BODINE
1404 Franklin Street, 5th Floor
Oakland, CA 94612

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date:    MAY 1 4 2008

KELLY COLLINS
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

| Attorney Or Party Without Attorney (Name and Address) | | |
|---|---|---|
| SHEILA K. SEXTON, ESQ. (197608)<br>BEESON, TAYER & BODINE<br>1404 Franklin Street, 5th Floor<br>Oakland, California  94612 | Telephone:<br>(510) 625-9700 | FOR COURT USE ONLY |
| Attorneys for:  PLAINTIFFS | Ref. No. Or File No.<br>W2496858 | |

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
TEAMSTERS LOCAL 624

Defendant:
CLOVER STORNETTA FARMS, INC.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C0802463 MEJ |
|---|---|---|---|---|

I, Nick Valerio                , Under penalty of perjury, hereby declare that I am and was on the dates herein mentioned, over the age of eighteen, and not a party to the within action;

I served the: SUMMONS IN A CIVIL ACTION; COMPLAINT; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE TO TRIAL ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE AND ORDER TO FILE CONSENT/REQUEST FOR REASSIGNMENT FORM; CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL; CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; WELCOME TO THE US DISTRICT COURT; ECF REGISTRATION HANDOUT

in this action by personally delivering to and leaving with the following defendant or person on the date set opposite their respective names, a true copy thereof:

Defendant          : CLOVER STORNETTA FARMS, INC.

By Serving         : SYLVIA PROCTON, Director of Human Resources/Authorized to Accept Service of Process.
Address            : 91 Lake Ville Street , Petaluma, California  94952
Date & Time        : Friday, May 23, 2008 @ 2:50 p.m.
Witness fees were  : Not applicable.

Person serving:
Nick Valerio
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone:  (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.:  2005-05
   (3) County:  Sacramento
   (4) Expires:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: May 28, 2008                     Signature: _____
                                                    Nick Valerio


Printed on recycled paper