# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

GENERAL TRUCK DRIVERS  )
WAREHOUSEMEN & HELPERS  )
UNION LOCAL NO. 624,  )
INTERNATIONAL BROTHERHOOD OF  )
TEAMSTERS.  )
)            CASE  NO. C-08-2463 MEJ
                    Plaintiff (s)  )
)            **NOTICE OF IMPENDING**
        v.  )            **REASSIGNMENT TO A**
)            **UNITED STATES**
)            **DISTRICT COURT JUDGE**
CLOVER STORNETTA FARMS, INC..  )
)
                    Defendant (s)  )
_____ )

        The Clerk of this Court will now randomly reassign this case to a United States District Judge

because either:

  _X_   (1)  One or more of the parties has requested reassignment to a United States District Judge, or

_____   (2)  One or more of the parties has sought  a kind of judicial action (e.g., a temporary restraining

order) that a Magistrate Judge may not take without the consent of  all parties, the necessary consents

have not been secured, and time is of the essence.

_____   (3)  One or more of the parties is without counsel and have not made the necessary consent to

proceed before a Magistrate Judge within 30 days.

        All previous hearing dates are hereby  **VACATED.**

Dated: June 13, 2008

_____
Maria-Elena James
United States Magistrate Judge


_____
By: Brenda Tolbert, Deputy Clerk

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28