IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL TRUCK DRIVERS, WAREHOUSEMEN & HELPERS UNION LOCAL NO. 624, INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>CLOVER STORNETTA FARMS, INC,<br><br>　　　　Defendant(s).<br>　　　　　　　　　　　　　　　　　／ | No.  C-08-2463-SC<br><br><br>Clerk's Notice |

YOU ARE NOTIFIED THAT the Court has scheduled a **Case Management Conference** on **September 5, 2008 at 10:00 A.M.** before the Honorable Samuel Conti. The parties are to file one joint Case Management Statement seven days prior to the Conference.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:    June 16, 2008                                                   FOR THE COURT,

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　By: T. De Martini
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk