Stephen McKae, Bar No. 66797
Alexandra L. Foote, Bar No. 225695
**WENDEL, ROSEN, BLACK & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: smckae@wendel.com

Attorneys for Defendant
CLOVER STORNETTA FARMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL TRUCK DRIVERS, WAREHOUSEMEN & HELPERS UNION LOCAL NO. 624, INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>Plaintiff,<br><br>vs.<br><br>CLOVER STORNETTA FARMS, INC.,<br><br>Defendant. | Case No. C08-02463 MEJ<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: August 1, 2008                              WENDEL, ROSEN, BLACK & DEAN LLP


By: \s\ Stephen McKae
    Stephen McKae
    Attorneys for Defendant
    CLOVER STORNETTA FARMS, INC.

*CERTIFICATION OF INTERESTED ENTITIES OR PERSONS - Case No. C08-02463 MEJ*

011063.0001\1019553.1