SHEILA K. SEXTON, SBN 197608
BEESON, TAYER & BODINE, APC
1404 Franklin Street, 5th Floor
Oakland, CA  94612-3208
Telephone:    (510) 625-9700
Facsimile:     (510) 625-8275
Email:           ssexton@beesontayer.com

Attorneys for Plaintiff
Teamsters Local 624

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# AT SAN FRANCISCO

| | |
|---|---|
| TEAMSTERS LOCAL 624,<br><br>                          Plaintiff,<br><br>     v.<br><br>CLOVER STORNETTA FARMS, INC.,<br><br>                          Defendant. | Case No. C08-02463 SC<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

   Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.


Dated:  August 13, 2008                                   BEESON, TAYER & BODINE, APC


                                                          By:        /s/Sheila K. Sexton
                                                                   SHEILA K. SEXTON
                                                          Attorneys for Teamsters Local 624