UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

 C-08-2463          SAMUEL CONTI           DATE 9/5/08
Case Number           Judge

Title: GENERAL TRUCK DRIVERS    vs CLOVER STORNETTA FARMS, INC.

Attorneys: SHEILA SEXTON         STEVEN MCKAE

Deputy Clerk: T. De Martini    Court Reporter: Katherine Sullivan

Court  Pltf's  Deft's
(xxx) ( )     ( )    1. Status Conference - Held

( )   ( )     ( )    2.

( )   ( )     ( )    3.

( )   ( )     ( )    4.

( )   ( )     ( )    5.

( )Motion(s): ( )Granted  ( )Denied  ( )Withdrawn

( )Granted/Denied ( )Off Calendar ( )Submitted

Order to be Prepared by:( )Pltf ( )Deft ( )Court

Discovery Cutoff:_____ Pretrial Statements Due_____

Case Continued to_____ for Pretrial Conference

Case Continued to_____ for Court Trial

Case Continued to_____ for Further Status Conference

Case Continued to 1/23/09 @ 10:00 A.M. for Cross Motions for Summary Judgment

CASE REFERRED TO U.S. MAGISTRATE_____

for_____

Opening Briefs_____ Answer_____ Reply_____

Deemed Submitted on_____

ORDERED AFTER HEARING: CASE REMOVED FROM ADR